UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MATTHEW WALKER, et al

    Plaintiffs,

v.                                          Case No. 2:17-cv-11034
                                            Hon. Victoria A. Roberts

FABRIZIO & BROOK, P.C.,

    Defendant.
_____

### PARTIES' RULE 41(A)(1)(A)(II) STIPULATION AND ORDER TO DISMISS WITH PREJUDICE

The parties, through their respective counsel and pursuant to Rule 41(a)(1)(A)(ii), hereby stipulate to dismiss this case with prejudice, with no damages, fees, costs or sanctions to be awarded to any party.


| /s/ Brian P. Parker | /s/ Kathleen H. Klaus |
|---|---|
| Brian P. Parker (P48617) | Kathleen H. Klaus (P67207) |
| BRIAN P. PARKER PC | MADDIN HAUSER ROTH |
| Attorney for Plaintiffs |   & HELLER, PC |
| 4301 Orchard Lake Road | Attorneys for Fabrizio & Brook, P.C. |
| Suite 180-208 | 28400 Northwestern Highway, 2nd Floor |
| West Bloomfield, MI 48323 | Southfield, Michigan 48034 |
| (248) 342-9583 | (248) 359-7520 |
| brianparker@collectionstopper.com | kklaus@maddinhauser.com |

Dated:     March 22, 2018

2133163

2

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

MATTHEW WALKER, et al

    Plaintiffs,

v.                               Case No. 2:17-cv-11034
                                          Hon. Victoria A. Roberts

FABRIZIO & BROOK, P.C.,

    Defendant.
_____

## **ORDER TO DISMISS WITH PREJUDICE**

This cause coming to be heard on the parties' stipulation,

IT IS ORDERED that this case is **DISMISSED WITH PREJUDICE** and without costs or fees to any party.


                                                      S/ Victoria A. Roberts
                                                      Victoria A. Roberts
                                                      United States District Judge

Dated:  3/22/18

2133163